# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-484
_____

JACK DZIEDZIC and ELIZABETH
DZIEDZIC,

    Appellants,

    v.

US BANK NATIONAL
ASSOCIATION as Trustee
Successor in Interest to Bank of
America National Association as
Trustee Successor by merger to
Lasalle Bank National
Association as Trustee for
Washington Mutual Mortgage
Pass Through Certificates
Wmalt series 2006 AR8 Trust,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

October 24, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Brian K. Korte and Scott Wortman of Korte & Wortman, P.A., West Palm Beach, for Appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Celia C. Falzone of Akerman LLP, Jacksonville, for Appellee.